

SILVERMAN|THOMPSON|SLUTKIN|WHITE

ATTORNEYS AT LAW

*A Limited Liability Company*

26th Floor
201 North Charles Street
Baltimore, Maryland 21201

Telephone (410) 385-2225
Facsimile (410) 547-2432
www.mdattorney.com

*Baltimore    Washington DC    New York*

Writer's Direct Contact:

July 1, 2016

**_VIA CM/ECF_**

The Honorable James K. Bredar
United States District Court
101 West Lombard Street
Baltimore, MD 21201

   Re: *DAP Products Inc. v. Elmer's Products, Inc.*
     Civil Action No. JKB-15-3162

Dear Judge Bredar:

  On behalf of both parties and pursuant to the Court's order of July 30, 2016 (ECF No. 36), I respectfully submit the parties' joint proposed case schedule, which the parties have drafted in the form of a proposed scheduling order and attached hereto.

  Counsel for the Plaintiff has authorized the undersigned to represent to the Court that the Plaintiff DAP Products Inc. joins in this request.

  Thank you for your consideration in this matter.

        Sincerely,

        William Hubbard

Enclosure

cc: All Counsel of Record (via CM/ECF)