# J.A. LINDEMAN & CO. PLLC

Attorneys at Law

3190 Fairview Park Drive, Suite 480
Falls Church, VA 22042
P: (703) 776-9700
F: (703) 776-9701
www.jalindeman.com

August 30, 2016
**VIA E-FILING AND U.S. MAIL**

David R. Lipson, Esq.
Direct: (703) 776-9953
David.Lipson@jalindeman.com

The Honorable James K. Bredar
United States District Court
101 West Lombard Street
Baltimore, MD 21201

      Re: *DAP Products Inc. v. Elmer's Products, Inc.*, Civil No. JKB-15-3162

Dear Judge Bredar:

I write on behalf of both parties to advise the Court that the parties have reached a settlement of the above-captioned litigation. Pursuant to that settlement, the parties respectfully and jointly request that the Court dismiss with prejudice all claims and counterclaims asserted in the Amended Complaint and the Answer and Counterclaims filed in the case, with each party to bear its own costs. For the Court's convenience, a proposed Stipulation and Order of Dismissal is attached to this letter.

Counsel for Defendant has authorized the undersigned to represent to the Court that Defendant Elmer's Products, Inc. joins in this request.

Thank you for your consideration of this matter.

                              Respectfully,

                              David R. Lipson (#26580)

                              Counsel for Plaintiff
                              DAP PRODUCTS INC.

cc:    All Counsel of Record (by CM/ECF and email)